# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :  No. 685 |
| | : |
| REAPPOINTMENT TO THE CIVIL | :  CIVIL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2018, John J. Hare, Esquire, Philadelphia, is hereby reappointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing November 1, 2018.